WANG, HARTMANN, GIBBS & CAULEY P.L.C.
A Professional Law Corporation

John D. van Loben Sels:  SBN 201354
jvanlobensels@whgclaw.com
2570 W. El Camino Real, Suite 440
Mountain View, CA  94040
Telephone:  (650) 209-1230
Facsimile:   (650) 209-1231

Attorneys for Plaintiff.
DR. JKL, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JKL, LIMITED, a Hong Kong Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br><br>HPC IT EDUCATION CENTER, a Hong Kong Company and SAM YUEN, an individual,<br><br>        Defendants. | Case No: **5:09-cv-04977-RS**<br><br>Judge: Hon. Richard Seeborg<br><br>[~~PROPOSED~~] **ORDER RESETTING HEARING RE: MOTION FOR DEFAULT JUDGMENT AND MOTION TO STRIKE**<br><br>Date: September 9, 2010<br>Time: 1:30 pm<br><br>Courtroom of the Hon. Richard Seeborg<br>United States District Judge |

- 1 -

|   |   |
|---|---|
| 1 | TO ALL PARTIES AND COUNSEL OF RECORD: |
| 2 | At the request of Counsel for Plaintiffs and by Order of the Court, you are hereby |
| 3 | notified that the **MOTION FOR DEFAULT JUDGMENT HEARING AND MOTION** |
| 4 | **TO STRIKE** originally scheduled for September 9, 2010, at 1:30 p.m., has been rescheduled |
| 5 | to  September 23  at  1:30 p.m. |
| 6 | /// |
| 7 | /// |
| 8 | IT IS SO ORDERED |
| 9 |  |
| 10 | Dated: 8/30/10 |
| 11 | Richard Seeborg |
| 12 | United States ~~Magistrate~~ Judge, District |

-2-

~~[PROPOSED]~~ ORDER RESETTING HEARING RE: MOTION FOR DEFAULT JUDGMENT AND MOTION TO STRIKE